**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6150**

———————

TERRANCE GRIFFIN,

                    Plaintiff - Appellant,

          v.

ELIZABETH HOLCOMB; RACHEL LADDAGA; GREALIN FRAZIER; WILLIAM
BRIGHTHARP; JOHN/JANE DOE, Doctor Lieber CI,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Mary G. Lewis, District Judge.
(0:13-cv-02694-MGL)

———————

Submitted:  June 18, 2015              Decided:  June 22, 2015

———————

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Terrence Griffin, Appellant Pro Se.  Lydia L. Magee, Marian
Williams Scalise, Bruce Hendricks Smith, RICHARDSON, PLOWDEN &
ROBINSON, PA, Myrtle Beach, South Carolina; Elloree Ann Ganes,
Robert Holmes Hood, Jr., Robert Holmes Hood, Benjamin Houston
Joyce, HOOD LAW FIRM, Charleston, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance Griffin appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Griffin v. Holcomb, No. 0:13-cv-02694-MGL (D.S.C. Jan. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2